UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAS AUTOMATION, INC. | Case No. 2:14-cv-08631-CAS-SH |
| Plaintiff, | |
| v. | PERMANENT INJUNCTION |
| JONATHAN BEAL also known as Jon Beal, an individual, MY WANDERING STAR, LLC, a Delaware limited liability company, MACHINE TOOLS 24-7, USED HAAS CNC MACHINES, VFMACHINES.COM, and VFVERTICAL.COM, and Does 1-10 inclusive, | |
| Defendants. | |

Pursuant to the Stipulation for Entry of Permanent Injunction entered into by and between Plaintiff Haas Automation, Inc. and Defendants Jonathan Beal; My Wandering Star, LLC; Machine Tools 24-7; Used HAAS CNC Machines; VFMACHINES.com; and VFVERTICAL.com, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Court hereby permanently enjoins Jonathan Beal; My Wandering Star, LLC; Machine Tools 24-7; Used HAAS CNC Machines; VFMACHINES.com; and VFVERTICAL.com, (collectively "Defendants"), and any and all of their agents, principals,

partners, attorneys, servants, employees, representatives, assigns, successors-in-interest, and all other persons, firms or entities acting in privity or concert, with or for Defendants, or participating with any Defendant, directly or indirectly, from:

(a) registering, using, owning, controlling or maintaining any top level or second level domain name which includes the trademarks "HAAS", "VF", or "HFO" (which are owned by Plaintiff Haas Automation, Inc.) or any other trademarks owned by Plaintiff in the top level or second level domain name or subdomain name.

(b) using the words "Haas", "VF", or "HFO" (which are trademarks owned by Plaintiff Haas Automation, Inc.) in the name of any business, and in the name of any product or part or service offered by the Defendants in commerce. By way of example, and not by way of limitation, this prohibits the use of the business name "UsedHaasMachines" or "VF Machines." This provision does not prohibit Defendants from using declaratory phrases such as "We sell used Haas machines" or "We sell used VF Machines."

(c) using any trademark or logo of Plaintiff Haas Automation, Inc., including the "Haas", "VF" and "HFO" trademarks (which Plaintiff Haas Automation, Inc. owns) whether registered with the United States Trademark Office or not, and from copying, reproducing in any fashion in or on any media, posting on any website, manipulating, altering, or changing any trademark, artwork or logo of Plaintiff, whether registered with the United States Trademark Office or not. This provision does not prohibit Defendants from using original, non-copyrighted photos or videos of Haas machines on its websites;

(d) using any trademark, trade name, trade dress, logo or design that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public to believe that merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originates from Plaintiff, or that said merchandise has been sponsored, approved, or licensed by or associated with Plaintiff or is in some way connected or affiliated with Plaintiff. This provision does not prohibit Defendants' from selling or offering for sale genuine used Haas equipment.

(e) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, and/or members of the public to believe that the actions of Defendants or Defendants themselves are sponsored, approved, or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

(f) copying and displaying any of Plaintiff's copyrighted works, including all images appearing upon websites used by Plaintiff, including, without limitation, www.VFVertical.com and www.usedhaascncmachines.com;

(g) assisting, being employed by, owning, managing, consulting for, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f), including all subparagraphs; and

(h) effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

In addition, Defendants will take all reasonable steps to eliminate any prior on-line postings or webpages or websites created or posted or controlled or maintained by such Defendants, or any of them, which contravene the provisions of the injunctions set forth herein. By way of example, and not by way of limitation, this requires such Defendants to take all reasonable steps to:

- Eliminate any websites and web pages that contain any top level or second level domain name or subdomain name which includes the trademarks Haas, Haas Automation, HFO, VF or Haas Factory Outlet;
- Identify all registered domain names currently owned by Defendants that contain the trademarks "Haas", "VF", or "HFO" and transfer each of the identified domain names to Plaintiff Haas; and,
- Eliminate all unauthorized use of any trademarks of Plaintiff on any of Defendants' websites or web pages.

In addition, Defendant Jonathan Beal shall within thirty days file and serve a declaration under oath certifying compliance with the immediately preceding paragraph of this order. The obligation to comply with the immediately preceding paragraph of this order shall be a continuing obligation of Defendants and each of them. (Defendant Jonathan Beal, however, does not need to file or serve any declarations after the first and only thirty (30) day report.)

In the event any of the Defendant(s) fail to comply with subparagraph (a) above, said Defendant(s) will be liable for statutory damages in the amount of twenty-five thousand dollars ($25,000.00) for each violation pursuant to the Anticybersquatting Consumer Protection Act under 15 U.S.C. §1125(d).

This order shall survive the dismissal of this action and the Court reserves jurisdiction to enforce it.

IT IS SO ORDERED.

DATED: _____, 2015.

_____
Hon. Christina A. Snyder
United States District Judge

APPROVAL OF AND STIPULATION TO ABOVE INJUNCTION:

The parties hereby agree to the entry of the foregoing permanent injunction.

| HAAS AUTOMATION, INC. a California corporation By: /s/ Patrick Walsh 9-15-15 | Jonathan Beal, individually and on behalf of My Wandering Star, LLC, A Delaware Limited Liability Company, and on behalf of Machine Tools 24-7, Used Haas CNC Machines, VFMachines.Com, VFVertical (assumed names of My Wandering Star, LLC) By: /s/ Jonathan Beal 9/10/2015 |
|---|---|

4
PERMANENT INJUNCTION